Manken v. Wilson.

---

## LORENA MANKEN, Impl'd,

### v.

## HENRY C. WILSON, Trustee, etc.

EXCESSIVE JUDGMENT.—The amount found due in the decree is in excess of that shown by the evidence, and the cause is reversed with instructions.

APPEAL from the Circuit Court of Jackson county; the Hon. O. A. HARKER, Judge, presiding. Opinion filed April 7, 1881.

Mr. G. W. SMITH, Mr. R. J. STEPHENS and Mr. A. D. DUFF, for appellant.

Mr. A. R. PUGH, for appellee.

PER CURIAM. In this case the amount found due in the

decree of the circuit court is in excess of that shown to be due by the evidences of indebtedness. This is one of the assignments of error. The other assignments of error are not well made. The judgment of the circuit court is reversed and the cause remanded, with instructions that a decree for the amount due be entered, and in other respects the decree of the circuit court is affirmed.

Reversed and remanded.